**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Akanbi Nia,**

**Plaintiff,**

**v.**

**Michael Davis, *et al.*,**

**Defendants.**

**Case No. 2:26-cv-490**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

## ORDER

Akanbi Nia ("Plaintiff") proceeds *pro se* and *in forma pauperis* in this prisoner civil rights case. The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) and issued a Report and Recommendation ("R&R") that recommends dismissing some of Plaintiff's claims with prejudice and others without prejudice. R&R, ECF No. 9. Specifically, the R&R recommends dismissing with prejudice Plaintiff's First Amendment denial-of-access-to-the-courts claims as barred by the statute of limitations but dismissing without prejudice Plaintiff's Fifth and Fourteenth Amendment due process claims, for failure to state a claim. *See generally id.*

The R&R notified Plaintiff of his right to object to this recommendation and of the consequences of failing to do so. *Id.* at 13. Plaintiff failed to object.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review of the same. The Court **DISMISSES WITH PREJUDICE** Plaintiff's First Amendment denial-of-access-to-the-courts claims, which are brought against

Michael Davis and B. Stamper. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Fifth and Fourteenth Amendment due process claims, which are brought against Unit Manager Spencer and Unit Sergeant Mayes. The Clerk shall enter judgment and terminate this case.

The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**